JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER ARKLEY; MICHAEL D. PARIZINO; KEN CALDWELL; and ALLIANT INSURANCE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AON RISK SERVICES COMPANIES, INC.; AON RISK INSURANCE SERVICES WEST, INC., AON CORPORATION, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. CV12-01966 DSF (RZx) <br><br> **AGREED ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Ctrm.   840 <br> Judge:  Honorable Dale S. Fischer |

[PROPOSED] AGREED ORDER OF
DISMISSAL WITH PREJUDICE                              Case No. CV12-01966 DSF (RZx)

Plaintiffs/Counterdefendants Peter Arkley, Michael Parizino, Ken Caldwell, Leslie Curry, and Alliant Insurance Services, Inc., (collectively the "Alliant Group") and Defendants\Counterclaimants Aon Risk Services Companies, Inc., Aon Risk Insurance Services West, Inc., and Aon Corporation (collectively "Aon"), through their undersigned counsel, have informed the Court that they have settled all disputes between them in this action and have requested that the Alliant Group's claims and counterclaims against Aon and Aon's counterclaims be dismissed with prejudice.  Accordingly, it is hereby

ORDERED that the Alliant Group's claims and counterclaims against Aon are DISMISSED with prejudice; and

ORDERED that Aon's counterclaims against the Alliant Group are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Alliant Group and Aon shall each bear its own expenses, costs, and attorneys' fees incurred in connection herewith.

SIGNED AND ENTERED this 21st day of June, 2013.

_____
Hon. Dale S. Fischer, District Judge

[PROPOSED] AGREED ORDER OF
DISMISSAL WITH PREJUDICE                1                Case No. CV12-01966 DSF (RZx)